# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

March 16, 2025

VIA ECF

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: Premium Merchant Funding 26, LLC v. Sonata Construction LLC, 7:25-cv-01086-KMK

Dear Judge Karas:

I am counsel to the Defendants in the above-referenced matter. Your Honor has scheduled a telephonic status conference for March 19, 2025 at 10:00 a.m. In accordance with Section I.C. of Your Honor's Individual Practices (and with apologies for not filing this letter five days before the scheduled conference), I am writing to respectfully request that the conference be adjourned, as I will traveling during the currently-scheduled time.

I will also point out that Defendants will be filing Amended Counterclaims on or before March 28, 2025, which may be relevant to the Court for purposes of scheduling the conference. Opposing counsel has no objection to this request, which is appreciated. This is the first request for adjournment of the telephonic status conference.

Granted. The conference is adjourned until 4/10/25, at 11:00.

So Ordered.
3/17/25

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)