# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

October 3, 2025

<u>Via ECF</u>

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:     Premium Merchant Funding 26, LLC v. Sonata Construction LLC,
              7:25-cv-01086-KMK

Dear Judge Karas:

I am counsel to the Defendants in the above-referenced matter. In accordance with Section I.C. of Your Honor's Individual Practices, and after consultation with counsel for Plaintiff, I am writing to respectfully request the adjournment of certain dates related to the Temporary Restraining Order and Order to Show Cause issued by the Court (ECF 27) (the "Order"). Although the Order was dated October 1, 2025 at 5:10 p.m., it appears to have been posted to the ECF system on October 2, 2025 at 9:40 a.m., a date when both the undersigned and opposing counsel (and some of our clients) were observing Yom Kippur. As a result, counsel for both Plaintiff and Defendants did not see the Order until the evening of October 2, 2025.

The Order, *inter alia*, sets a hearing for October 15, 2025, which is another Jewish Holiday when neither side's counsel is available,[1] and also sets a deadline of today – October 3, 2025 – for Defendants to post a bond.

In view of the foregoing, the parties respectfully jointly request the following adjournments:

| Event | Current Date | New Date |
| --- | --- | --- |
| Plaintiff's Answering Papers | October 6, 2025 | October 20, 2025 |
| Defendants' Reply Papers | October 9, 2025 | October 24, 2025 |
| Order to Show Cause Hearing | October 15, 2025 | October 31, 2025 a.m. (subject to the Court's availability) |

---

[1] The remaining Jewish Holidays during which counsel are unavailable are October 7, 8, 14 and 15, 2025.

Honorable Kenneth M. Karas | October 3, 2025

As for the bond requirement, my clients are unable – financially and practically – to post a bond today, and also respectfully question the necessity of a bond in light of what relief the Court did and did not grant in the Order. Defendants therefore respectfully request adjournment of the October 3, 2025 deadline to October 10, 2025 (keeping in mind, again the dates on which counsel will be unavailable to assist them), to post the bond or submit a letter motion to the Court for relief from that obligation. Plaintiff's counsel reported that he "cannot get consent from his client to push that [deadline] out," and did not provide a further reason for the lack of consent.

There have been no previous requests for adjournment of these dates.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

> The Court cannot grant this request without hearing from Plaintiff. The Federal Rules limit the time in which any TRO can remain in place. This request effectively extends the TRO until 10/31/25, far past what is allowed under the Federal Rules. So, counsel are encouraged to agree to a schedule that either reflects the Parties' mutual consent or complies with the Rules. As for the Bond, Defendants will need to provide more by way of legal authority and a factual record before the Court will re-consider the Bond requirement in place. However, the Court will give Defendants one week to provide supplemental papers in support of their position.
>
> So Ordered.
> 10/3/25

2