# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

October 9, 2025

VIA ECF

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    Premium Merchant Funding 26, LLC v. Sonata Construction LLC,
             7:25-cv-01086-KMK

Dear Judge Karas:

I am counsel to the Defendants in the above-referenced matter. In response to the Court's October 7, 2025 Memo Endorsement (ECF 31), counsel for the parties have conferred, and jointly propose November 12, 2025, in the afternoon, for the Order to Show Cause Hearing (subject to the Court's availability). Counsel for Plaintiff confirms that Plaintiff consents to the extension of the Temporary Restraining Order through that date.

In accordance with Section I.C. of Your Honor's Individual Practices, and after consultation with counsel for Plaintiff, I am writing to jointly request the further adjournment of certain dates related to the Temporary Restraining Order and Order to Show Cause:

| Event | Current Date | New Date |
| --- | --- | --- |
| Defendants' Supplemental Briefing regarding Bond Requirement | October 10, 2025 | October 13, 2025 |
| Plaintiff's Answering Papers | October 20, 2025 | October 24, 2025 |
| Defendants' Reply Papers | October 24, 2025 | October 31, 2025 |
| Order to Show Cause Hearing | October 31, 2025 (Court unavailable) | November 12, 2025 p.m., subject to the Court's availability |

This is the second request for adjournment of these dates.

Respectfully submitted,

Hillel I. Parness

So Ordered.
[signature] 10/9/25

cc:    Counsel of Record (via ECF)

*Handwritten endorsement:* The adjustment to the briefing schedule is approved. The hearing will take place on 11/12/25 at 3 pm. On the consent of the Parties, the TRO will remain in effect until 11/12/25.