UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREMIUM MERCHANT FUNDING 26, LLC,

                      Plaintiff,

v.

SONATA CONSTRUCTION LLC, *et al.*,

                      Defendants.

Case No. 25-CV-01086 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The Show Cause hearing set for Wednesday, November 12, 2025, is adjourned to Monday, November 17, 2025, at 3:00 PM. The Temporary Restraining Order will remain in effect until Monday, November 17, 2025. The Court is not inclined to adjourn this conference again.

SO ORDERED.

DATED:    November 12, 2025
              White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE