UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREMIUM MERCHANT FUNDING 26, LLC,

Plaintiff,

v.

SONATA CONSTRUCTION LLC, GEORGE ATALA,

Defendants.

No. 25-CV-1086 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

At the pre-motion conference on September 15, 2026, the Court adopted the following briefing schedule: Plaintiff shall file its Motion to Compel Arbitration by no later than October 15, 2026. Defendants shall file a response by no later than November 16, 2026. Plaintiff shall file its reply by no later than December 4, 2026.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: September 15, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE