MURRAY
LEGAL PLLC

October 14, 2026

***Via ECF***

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: *Premium Merchant Funding 26, LLC v. Sonata Construction LLC, et al.*
Case No. 25-cv-1086-KMK

REQUEST FOR BRIEF EXTENSION TO FILE MOTION TO COMPEL ARBITRATION

Dear Judge Karas,

Plaintiff Premium Merchant Funding 26, LLC ("Plaintiff") respectfully submits this letter-application requesting a short adjournment of Plaintiff's deadline to file its motion compel arbitration pursuant to the Court's Motion Scheduling Order (ECF Doc. 74). I am suffering from a serious illness. I have requested Defendants' consent but have not received a response yet.

The proposed extension will provide additional time for Defendants to file opposition but will maintain the current deadline for filing reply. As such, it will not prejudice Defendants or cause delay in resolving the motion or the case generally.

The following amended schedule is proposed:

| | Current Deadlines: | Proposed Deadlines: |
|---|---|---|
| Motion: | October 15, 2026 | October 21, 2026 |
| Opposition: | November 16, 2026 | November 30, 2026 |
| Reply: | December 4, 2026 | December 4, 2026 |

The Court's attention to this matter is greatly appreciated.

Granted.

So Ordered.

10/14/26

Respectfully,

/s/ Gabriel Mendelberg
Gabriel Mendelberg, Esq.

cc: All parties via ECF

34 Willis Ave. Suite 55
Mineola, New York 11501

Office: 516-415-0593

gmendelberg@murraylegalpllc.com
www.murraylegalpllc.com